**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| ANTHONY DEAN BUTLER,<br><br>   Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>   Defendants. | No. 1:15-cv-03294-WSD-RGV |

**JOINT MOTION TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO DEFENDANT CARRINGTON MORTGAGE SERVICES, LLC'S MOTION TO DISMISS**

COMES NOW, Anthony Dean Butler (the "Plaintiff"), by and through his counsel, and Defendant Carrington Mortgage Services, LLC ("Carrington"), by and through its counsel, and hereby jointly move this Court for an Order continuing the deadline for the Plaintiff to file his Response to Carrington's Motion to Dismiss (the "Response") through and including Friday, January 8, 2016.

1

## BACKGROUND

Carrington's Motion to Dismiss was filed on November 18, 2015. [Doc. 1]. On November 29, 2015, the Plaintiff and Carrington (collectively, the "Parties") filed their Joint Motion for an Extension of Plaintiff's Deadline to Respond to Defendant's Motion to Dismiss Plaintiff's Complaint [Doc. 12], subsequently granted by this Court on November 30, 2015, and thereby extending the deadline for the Plaintiff to respond to Carrington's Motion to Dismiss to December 14, 2015. *See* [Doc. 13]. The Parties are currently discussing settlement, and believe that it is in the interest of judicial economy to extend the deadline for the Plaintiff to respond to Carrington's Motion to Dismiss so that settlement negotiations can continue, unimpeded by briefing the Motion to Dismiss.

## ARGUMENT AND CITATION OF AUTHORITY

The Parties show the Court that the time for the Plaintiff to respond to Carrington's Motion to Dismiss has not expired, and that good cause exists for the Court to grant the requested extension of time for the Plaintiff to respond. *See* Fed. R. Civ. P. 6(b)(1). Counsel for Carrington consents to the requested extension, and no party will be prejudiced thereby. Accordingly, the parties request that the Court extend the time for the Plaintiff to respond to Carrington's Motion to Dismiss through and including January 8, 2016. The Parties have submitted a proposed

Consent Order Extending Time contemporaneously herewith for the Court's review.

Respectfully submitted, this 11th day of December, 2015.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (GA Bar No. 720572)
>**RUBIN LUBLIN, LLC**
>3740 Davinci Court, Suite 150
>Peachtree Corners, Georgia 30092
>(678) 281-2730 (Telephone)
>(404) 921-9016 (Facsimile)
>bchaness@rubinlublin.com
>
>*Attorney for Defendant Carrington Mortgage Services, LLC*
>
>*/s/ Paul J. Sieg (by BJC w/ permission)*
>MATTHEW T. BERRY (GA Bar No. 055663)
>PAUL J. SIEG (GA Bar No. 334182)
>**BERRY & ASSOCIATES**
>2751 Buford Highway, Suite 600
>Atlanta, Georgia 30324
>(404) 235-3334 (Telephone)
>(404) 235-3333 (Facsimile)
>matt@mattberry.com
>psieg@mattberry.com
>
>*Attorneys for Plaintiff*

## **FONT CERTIFICATION**

I hereby certify that the within and foregoing was prepared using Times New Roman, 14-point font in accordance with LR 5.1(B).

This 11th day of December, 2015.

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 11th day of December, 2015, served the within and the foregoing by CM/ECF, which will serve this document on the following parties:

Paul J. Sieg
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324

Tameika Montgomery
Phullis Sumner
Misty Peterson
King & Spalding, LLP
1180 Peachtree Street NE
Atlanta, GA 30309

*/s/ Bret J. Chaness*
BRET J. CHANESS (GA Bar No. 720572)