# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

Anthony Dean Butler,

        Plaintiff,        Case No.: 1:15-cv-03294-WSD-RGV

v.

Equifax Information Services, LLC,
Experian Information Solutions,
Inc., and Carrington Mortgage
Services, LLC,

        Defendants.

## PLAINTIFF'S REQUEST FOR ORAL ARGUMENT

Comes now Plaintiff Anthony Dean Butler by and through his undersigned Counsel and requests oral argument of Defendant Carrington Mortgage Services, LLC's Motion to Dismiss For Failure to State a Claim.

Respectfully submitted this 11th day of January, 2016.

                                      */s/ Matthew T. Berry*
                                      Plaintiff's Attorney
                                      Matthew T. Berry, Bar No.: 055663
                                      Berry & Associates
                                      2751 Buford Highway, Suite 600
                                      Atlanta, GA 30324
                                      Ph. (404) 235-3334
                                      Fax (404) 235-3333
                                      matt@mattberry.com

                                      */s/ Paul J. Sieg*

Plaintiff's Attorney
Paul J. Sieg, Bar No.: 334182
Berry & Associates
2751 Buford Highway, Suite 600
Atlanta, GA 30324
Ph. (404) 235-3305
Fax (678) 335-5724
psieg@mattberry.com

## **CERTIFICATE OF COMPLIANCE**

The undersigned certifies that 14 point New Times Roman was used for this pleading and that it has been formatted in compliance with Local Rule 5.4.

This 11th day of January, 2016.

> */s/ Matthew T. Berry*
> Plaintiff's Attorney
> Matthew T. Berry, Bar No.: 055663
> Berry & Associates
> 2751 Buford Highway, Suite 600
> Atlanta, GA 30324
> Ph. (404) 235-3334
> Fax (404) 235-3333
> matt@mattberry.com
>
> */s/ Paul J. Sieg*
> Plaintiff's Attorney
> Paul J. Sieg, Bar No.: 334182
> Berry & Associates
> 2751 Buford Highway, Suite 600
> Atlanta, GA 30324
> Ph. (404) 235-3305
> Fax (678) 335-5724
> psieg@mattberry.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will automatically send email notifications of such filing to the following attorneys of record:

>BRET J. CHANESS (GA Bar No. 720572)
>RUBIN LUBLIN, LLC
>3740 Davinci Court, Suite 150
>Peachtree Corners, Georgia 30092
>(678) 281-2730 (Telephone)
>(404) 921-9016 (Facsimile)
>bchaness@rubinlublin.com

>*/s/ Matthew T. Berry*
>Plaintiff's Attorney
>Matthew T. Berry, Bar No.: 055663
>Berry & Associates
>2751 Buford Highway, Suite 600
>Atlanta, GA 30324
>Ph. (404) 235-3334
>Fax (404) 235-3333
>matt@mattberry.com

>*/s/ Paul J. Sieg*
>Plaintiff's Attorney
>Paul J. Sieg, Bar No.: 334182
>Berry & Associates
>2751 Buford Highway, Suite 600
>Atlanta, GA 30324

4

Ph. (404) 235-3305  
Fax (678) 335-5724  
<u>psieg@mattberry.com</u>